The State ex rel. Simms, Appellant, *v.* Sutula, Judge, Appellee.

[Cite as *State ex rel. Simms v. Sutula* (1998), 81 Ohio St.3d 110.]

(No. 97–1812—Submitted December 2, 1997—Decided February 18, 1998.)

*Timothy Simms, Jr., pro se.*

---

" * * *

"(3) When it is imposed for a new felony committed by the probationer, parolee, or escapee."

***Per Curiam.*** We affirm the judgment of the court of appeals. The court of appeals correctly held that original actions for extraordinary relief, *e.g.*, a writ of procedendo, must be commenced by filing a complaint or petition rather than a motion. Civ.R. 3(A) ("A civil action is commenced by filing a complaint with the court * * *."); Loc.App.R. 8(B)(1) of the Court of Appeals for the Eighth Appellate District ("These original actions shall be instituted by the filing of a verified complaint * * *."); cf. *Myles v. Wyatt* (1991), 62 Ohio St.3d 191, 580 N.E.2d 1080, 1081, where we affirmed the dismissal of a motion for a writ of mandamus.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

